B 3A (Official Form 3A) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re  Heather Nicole White,  
      Debtor

Case No. 13-31483

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ ~~70.00~~ HW 281.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 70.25   Check one  ☒ With the filing of the petition, or  
                      ☐ On or before _____

   $ 70.25   on or before  October 6, 2013

   $ 70.25   on or before  November 5, 2013

   $ 70.25   on or before  December 5, 2013

   FILED  
   UNITED STATES BANKRUPTCY COURT  
   NORTHERN DISTRICT OF ILLINOIS  
   AUG 07 2013  
   KENNETH S. GARDNER, CLERK  
   PS REP. - CA

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____  
Signature of Attorney            Date

[Signature]  8/7/13  
Signature of Debtor              Date  
(In a joint case, both spouses must sign.)

_____  
Name of Attorney

_____  _____  
Signature of Joint Debtor (if any)   Date

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____  
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer  
If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs the document.

Social-Security No. (Required by 11 U.S.C. § 110.)

_____  
Address

x _____  
Signature of Bankruptcy Petition Preparer

_____  
Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*  
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*